# Third District Court of Appeal
## State of Florida

Opinion filed November 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2318
Lower Tribunal Nos. DOAH 21-0905, HSMV MS-21-024
_____

**Perotte Driving and Traffic School, Inc.,**
Appellant,

vs.

**Department of Highway Safety and Motor Vehicles,**
Appellee.

An Appeal from the State of Florida, Department of Highway Safety and Motor Vehicles.

Twig, Trade, & Tribunal, PLLC, and Morgan L. Weinstein (Fort Lauderdale), for appellant.

Christie S. Utt, General Counsel, and Elana J. Jones, Assistant General Counsel (Tallahassee), for appellee.

Before SCALES, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.